1 | Robert M. Gilchrest (SBN 134254)
rgilchrest@silverfirm.com
2 | Amy S. Russell (SBN 284131)
3 | arussell@silverfirm.com
**SILVERMAN SHIN BYRNE & GILCHREST LLP**
4 | 500 South Grand Avenue, Suite 1900
5 | Los Angeles, California 90071
Telephone: (213) 683-5350
6 | Facsimile: (213) 627-7795
7
8 | Attorneys for Plaintiffs and Counter-Defendants,
BIKRAM'S YOGA COLLEGE OF INDIA, L.P.
9 | and BIKRAM CHOUDHURY
10
11 | **UNITED STATES DISTRICT COURT**
12 | **CENTRAL DISTRICT OF CALIFORNIA**
13

14 | BIKRAM'S YOGA COLLEGE OF | Case No. CV11-05506-ODW(SSx)
15 | INDIA, L.P., a California limited
16 | partnership; and BIKRAM | The Honorable Otis D. Wright, II,
CHOUDHURY, an individual, | Courtroom No. 11
17
18 | Plaintiffs,
19 | vs. | **NOTICE OF APPEAL**
**Preliminary Injunction Appeal**
20 | | [28 U.S.C. § 1291(a)(1); Fed. R. App.
EVOLATION YOGA, LLC, a New | Proc. 3 and 4(a)(1)(A)]
21 | York limited liability company; MARK
22 | DROST, an individual; ZEFEA
SAMSON, an individual; and DOES 1 | Complaint Filed: July 1, 2011
23 | through 10, inclusive, | Trial Date: January 29, 2013
24 | Defendants.
25
26
27 | AND RELATED COUNTERCLAIM
28

1       TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

2       PLEASE TAKE NOTICE that plaintiffs and counter-defendants BIKRAM'S

3  YOGA COLLEGE OF INDIA, L.P. AND BIKRAM CHOUDHARY, pursuant to

4  Rules 3 and 4(a)(1)(A), Federal Rules of Appellate Procedure, and 28 U.S.C.

5  § 1291(a)(1) hereby appeal to the United States Court of Appeals for the Ninth

6  Circuit from the December 14, 2012, Order of the District Court granting

7  defendants' Motion for Partial Summary Judgment against plaintiffs and counter-

8  defendants on plaintiffs' First Claim for Relief for copyright infringement

9  concerning Bikram's Yoga Sequence, said order having the practical effect of

10 foreclosing injunctive relief sought on said claim (Complaint at 24:13-14), resulting

11 in immediate, serious, irreparable harm and rendering any later appeal an ineffective

12 remedy. *Oregon Natural Resources Council v. Kantor*, 99 F.3d 334, 337 (9th Cir.

13 1996).

14      Pursuant to Local Circuit Rule 3-2, attached is a Representation Statement

15 that identifies all parties to this action along with the names, addresses and

16 telephone numbers of their respective counsel.

17

18 Dated: January 10, 2013          Respectfully submitted,

19                           SILVERMAN SHIN BYRNE & GILCHREST LLP

20

21

22                           By _____

23                              Robert M. Gilchrest

                               Amy S. Russell

24                             Attorneys for Plaintiffs and Counter-

                             Defendants, BIKRAM'S YOGA COLLEGE

25                             OF INDIA, L.P. and BIKRAM

26                             CHOUDHURY

27

28

-1-

## LOCAL CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

1. Plaintiffs /Appellants are Bikram's Yoga College of India, L.P. and Bikram Choudhury.

    Counsel for Plaintiffs/Appellants:

    > Robert M. Gilchrest
    > Amy S. Russell
    > SILVERMAN SHIN BYRNE & GILCHREST LLP
    > 500 South Grand Avenue, Suite 1900
    > Los Angeles, California 90071
    > Telephone: (213) 683-5350

2. Defendants/Appellees are Evolation Yoga, LLC, Mark Drost and Zefea Samson.

    Counsel for Defendants/Appellees:

    > Eric R. Maier
    > Louis E. Shoch
    > MAIER SHOCH LLP
    > 1001 Hermosa Avenue, Suite 206
    > Hermosa Beach, California 90254
    > Telephone: (310) 994-9480