1  Robert M. Gilchrest (SBN 134254)
   rgilchrest@silverfirm.com
2  Amy S. Russell (SBN 284131)
3  arussell@silverfirm.com
   **SILVERMAN SHIN BYRNE & GILCHREST LLP**
4  500 South Grand Avenue, Suite 1900
5  Los Angeles, California 90071
   Telephone: (213) 683-5350
6  Facsimile: (213) 627-7795
7
8  Attorneys for Plaintiffs and Counter-Defendants
   BIKRAM'S YOGA COLLEGE OF INDIA, L.P.
9  and BIKRAM CHOUDHURY

**DENIED**
1-24-13 ODW

10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership; and BIKRAM CHOUDHURY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EVOLATION YOGA, LLC, a New York limited liability company; MARK DROST, an individual; ZEFEA SAMSON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV11-05506-ODW(SSx)<br><br>The Honorable Otis D. Wright, II, Courtroom No. 11<br><br>[~~PROPOSED~~] ORDER CERTIFYING *Denying*<br>**DECEMBER 14, 2012, ORDER FOR INTERLOCUTORY APPEAL AND STAYING PROCEEDINGS [63]**<br><br>[28 U.S.C. § 1292(b)]<br><br><u>Hearing Date</u><br>Date: February 25, 2013<br>Time: 1:30 p.m.<br>Courtroom: 11<br><br>Complaint Filed: July 1, 2011<br>Trial Date: January 29, 2013 |

[PROPOSED] ORDER CERTIFYING DECEMBER 14, 2012, ORDER FOR INTERLOCUTORY
APPEAL AND STAYING PROCEEDINGS

1  The Court, having considered Plaintiffs BIKRAM'S YOGA COLLEGE OF
2  INDIA and BIKRAM CHOUDHURY'S Motion for Certification of Order for
3  Interlocutory Appeal and for Stay of Proceedings and supporting and opposing
4  papers thereto, which came on for a hearing before this Court on February 25, 2013,
5  hereby finds that the Court's Order Granting Defendants' Motion for Partial
6  Summary Judgment of December 14, 2012, (Dkt. No. 38), involves a controlling
7  question of law on which there is a substantial ground for difference of opinion, and
8  that an immediate appeal from the Order may materially affect the outcome and
9  advance the ultimate termination of this litigation.
10  Therefore, Plaintiffs' Motion is GRANTED and the matter is certified for
11  appeal pursuant to 28 U.S.C. § 1292(b). Additionally, the litigation is stayed
12  pending a subsequent appeal by Plaintiffs to the Ninth Circuit Court of Appeals and
13  pending determination of Plaintiffs' pending 28 U.S.C. § 1292(a)(1) appeal.
14  IT IS SO ORDERED.

Dated: 1/24, 2013

**DENIED**

The Honorable Otis D. Wright II
United States District Judge

-1-
[PROPOSED] ORDER CERTIFYING DECEMBER 14, 2012, ORDER FOR INTERLOCUTORY
APPEAL AND STAYING PROCEEDINGS