UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership and BIKRAM CHOUDHURY, an Individual,

    Plaintiffs - Appellants,

v.

EVOLATION YOGA, LLC, a New York limited liability company; et al.,

    Defendants - Appellees.

No. 13-55070

D.C. No. 2:11-cv-05506-ODW-SS
U.S. District Court for Central California, Los Angeles

**ORDER**



RECEIVED
CLERK, U.S. DISTRICT COURT

2/19/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

The motion filed by the appellants on February 7, 2013 for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.  All other pending motions are denied as moot.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk