1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  CARLA J. CHRISTOFFERSON (S.B. #161111)
   cchristofferson@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
4  Los Angeles, CA  90067
   Telephone:   (310) 553-6700
5  Facsimile:    (310) 246-6779
   Attorneys for Plaintiffs and Counter-Defendants,
6  BIKRAM'S YOGA COLLEGE OF INDIA, L.P.
   and BIKRAM CHOUDHURY
7

8  ERIC R. MAIER (S.B. #182808)
   EMaier@MaierShoch.com
   LOUIS E. SHOCH (S.B. #205557)
9  LShoch@MaierShoch.com
   MAIER SHOCH LLP
10 1001 Hermosa Ave. Ste. 206
   Hermosa Beach, CA 90254
11 Telephone:   (310) 994-9480
   Facsimile:    (310) 496-0985
12
   Attorneys for Defendants and Counterclaimants
13 EVOLATION YOGA, LLC, MARK DROST, and
   ZEFEA SAMSON
14

15                     **UNITED STATES DISTRICT COURT**

16                     **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership; and BIKRAM CHOUDHURY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLATION YOGA, LLC, a New York limited liability company; MARK DROST, an individual; ZEFEA SAMSON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV 11-05506-ODW (SSx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL  PROCEDURE 41(a)(1)(A)(ii) AND PROPOSED ORDER**<br><br>The Honorable Otis D. Wright II |

28

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Plaintiffs and Counter-Defendants Bikram's Yoga College of India, L.P. and Bikram Choudhury (collectively "Plaintiffs") and Defendants and Counter-Claimants Evolation Yoga, LLC, Mark Drost, and Zefea Samson (collectively "Defendants"), by and through their respective counsel of record, hereby enter into this Stipulation to Dismiss Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

WHEREAS, on July 1, 2011, the Plaintiffs commenced this action by filing a Complaint in the United States District Court for the Central District of California against the Defendants alleging claims for (1) Copyright Infringement; (2) Trademark Infringement; (3) False Designation of Origin; (4) Dilution; (5) Unfair Competition; (6) Unfair Business Practices; (7) Breach of Contract; and (8) Inducing Breach of Contract (the "Action").

WHEREAS, Plaintiffs claimed, among other things, that the Defendants infringed Plaintiffs' copyright in a sequence of 26 yoga postures and 2 breathing exercises (the "Sequence").

WHEREAS, on February 20, 2012, the Defendants filed an Answer to the Complaint and Counterclaims for Declaratory Judgment in the Action.

WHEREAS, on November 12, 2012, the Defendants filed a Motion for Partial Summary Judgment on a portion of Plaintiffs' claim for copyright infringement and on Defendants' First Counterclaim, arguing that Defendants are not infringing on a valid copyright in the Sequence.

WHEREAS, on December 14, 2012, this District Court issued an Order Granting the Defendants' Motion for Partial Summary Judgment ("Order for Partial Summary Judgment").

WHEREAS, on April 2, 2013, the Plaintiffs and the Defendants entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement").

WHEREAS, in the Settlement Agreement the parties agreed to dismiss with

prejudice all claims and counterclaims that were not resolved by the Order for Partial Summary Judgment.

WHEREAS, in the Settlement Agreement Plaintiffs expressly reserved the right to appeal the Order for Partial Summary Judgment to the United States Court of Appeals for the Ninth Circuit.

WHEREAS, Plaintiffs intend to file a Notice of Appeal and pursue an appeal of the Order for Partial Summary Judgment before the United States Court of Appeals for the Ninth Circuit.

WHEREAS, pursuant to and in accordance with the terms and conditions of Article I of the Settlement Agreement, the parties to this Action stipulate to dismiss the remainder of the Action with prejudice, subject to Plaintiffs right of appeal.

NOW, THEREFORE, IT IS HEREBY AGREED AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the Parties' Settlement Agreement to dismiss with prejudice all claims and counterclaims not resolved by the Order for Partial Summary Judgment, the remainder of this Action is dismissed with prejudice effective April 4, 2013.

2. Plaintiffs have not waived any right of appeal with respect to the Order for Partial Summary Judgment.

3. Each party shall bear its own costs of suit and attorneys' fees incurred herein, except as otherwise stated in the Settlement Agreement.

Dated: April 4, 2013

DANIEL M. PETROCELLI
CARLA J. CHRISTOFFERSON
O'MELVENY & MYERS LLP

By:   /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli
Attorneys for Plaintiffs and Counter-Defendants, Bikram's Yoga College of India, L.P. and Bikram Choudhury

Dated: April 4, 2013

ERIC R. MAIER
LOUIS E. SHOCH
MAIER SHOCH LLP

By:   /s/ Eric R. Maier
          Eric R. Maier
Attorneys for Defendants and Counterclaimants Evolation Yoga, LLC, Mark Drost, and Zefea Samson

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

this ___ day of _____, 2013

---

Honorable Otis D. Wright, II
United States District Judge
Central District of California

## **ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence and authorization regarding the filing of the document from the signatories to this document.

Dated:  April 4, 2013

                        DANIEL M. PETROCELLI
                        CARLA J. CHRISTOFFERSON
                        O'MELVENY & MYERS LLP

                        By:     /s/ Daniel M. Petrocelli
                                  Daniel M. Petrocelli
                        Attorneys for Plaintiffs and Counter-Defendants, Bikram's Yoga College of India, L.P. and Bikram Choudhury