1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  CARLA CHRISTOFFERSON (S.B. #161111)
   cchristofferson@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
4  Los Angeles, CA  90067
   Telephone:  (310) 553-6700
5  Facsimile:   (310) 246-6779

6  Attorneys for Plaintiffs and Counter
   Defendants, BIKRAM'S YOGA COLLEGE
7  OF INDIA, L.P. and BIKRAM
   CHOUDHURY
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership; and BIKRAM CHOUDHURY, an individual, Plaintiffs, v. EVOLATION YOGA, LLC, a New York limited liability company; MARK DROST, an individual; ZEFEA SAMSON, an individual; and DOES 1 through 10, inclusive, Defendants. AND RELATED COUNTERCLAIMS. | Case No.  CV 11-05506-ODW (SSx) **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
|---|---|

**NOTICE OF APPEAL
CASE NO. CV 11-05506-ODW (SSx)**

1  Notice is hereby given that Plaintiffs and Counter Defendants Bikram's Yoga
2  College of India, L.P. and Bikram Choudhury (collectively "Plaintiffs") in the
3  above named case, hereby appeal to the United States Court of Appeals for the
4  Ninth Circuit from the Order Granting Defendants' Motion for Partial Summary
5  Judgment ("Order"), entered in this action on the fourteenth day of December,
6  2012.  On April 4, 2013, the Parties dismissed all claims and counterclaims not
7  resolved by the Order *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)
8  subject to Plaintiffs' right to appeal the Order.

Dated:  May 2, 2013

DANIEL M. PETROCELLI
CARLA CHRISTOFFERSON
O'MELVENY & MYERS LLP


By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
Attorneys for Plaintiffs and Counter
Defendants, BIKRAM'S YOGA
COLLEGE OF INDIA, L.P., and
BIKRAM CHOUDHURY

- 1 -
NOTICE OF APPEAL
CASE NO. CV 11-05506-ODW (SSx)